# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WILLIAMS, | Case No. 2:23-cv-00552-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner Willie Williams, a *pro se* Nevada prisoner who has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1) and motion for appointment of counsel (ECF No. 1-2), has not properly commenced this action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Although Williams filed an IFP application and his acknowledgment, he has not filed a completed financial certificate or a copy of his account statement for the prior six months. (*See* ECF No. 1.) Williams has 45 days from the date of this order to complete his IFP application by submitting the missing documents or pay the $5 filing fee.

**IT IS THEREFORE ORDERED:**

1. The initial screening of Petitioner Willie Williams's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases and consideration of his motion for counsel (ECF No. 1-2) are deferred until such time as he has fully complied with this order.

2. **Within 45 days of the date of this order**, Petitioner must file (1) a financial certificate signed by Petitioner and an authorized prison official, and (2) a copy of Petitioner's inmate account statement for the six-month period prior to filing. Alternatively, Petitioner must pay the $5 filing fee within 45 days. If Petitioner decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

3. Petitioner's failure to comply with this order within 45 days—by (1) completing his IFP application, or (b) paying the filing fee—will result in the dismissal of this action without prejudice and without further advance notice.

4. The Clerk of Court is instructed to send Petitioner two copies of this order.

Dated: April 13, 2023

_____
Gloria M. Navarro, Judge
United States District Court