# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WILLIAMS,<br><br>                      Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>                      Respondents. | Case No. 2:23-cv-00552-GMN-VCF<br><br>**DISMISSAL ORDER** |

Petitioner Willie Williams, a *pro se* Nevada prisoner, submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.)  Because Williams failed to file a completed financial certificate and a copy of his account statement for the prior six months, his application to proceed *in forma pauperis* ("IFP") was incomplete. (*See* ECF No. 1.)  On April 13, 2023, this Court ordered Williams to complete his IFP application by submitting the missing documents or pay the $5 filing fee within 45 days. (ECF No. 3.)  Williams was warned that "failure to comply . . . will result in the dismissal of this action without prejudice and without further advance notice." (*Id*. at 2.)  That 45-day deadline expired on May 29, 2023.  To date, Williams has not completed his IFP application or paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

**IT IS THEREFORE ORDERED:**

1.     The motion for leave to proceed IFP **(ECF No. 1) is denied** as incomplete.

2. This action is **dismissed without prejudice** based on Petitioner Willie Williams' failure to comply with the Court's April 13, 2023, order (ECF No. 3). A certificate of appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

3. The Clerk of Court add Nevada Attorney General Aaron D. Ford as counsel for Respondents. No response is required from Respondents other than to respond to any orders of a reviewing court. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of Court is instructed to informally serve the Nevada Attorney General with the petition (ECF No. 1-1), this order, and all other filings in this matter by sending a notice of electronic filing to the Nevada Attorney General's office.

4. The Clerk of Court enter final judgment accordingly, dismissing this action without prejudice, and close this case.

Dated: June 20, 2023

Gloria M. Navarro, Judge
United States District Court